UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 13-9103 |
| v. | : | CRIMINAL ACTION |
| Marshall Vancamp | : | ORDER OF RELEASE |

The Court orders the defendant, __Marshall Vancamp__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: __Next court date 7/11/13__

__/s/ Marshall Van Camp__          __May 23, 2013__
DEFENDANT                          DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

__/s/ Anthony R. Mautone__
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__5/23/13__
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER